UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHAWNNETTA SMALL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:23-cv-01223-SEP |
| FLORISSANT POLICE DEPT, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On December 15, 2023, mail sent to Plaintiff Hairtabulous LLC, a business owned by Plaintiff Shawnnetta Small, was returned as undeliverable. Doc. [4]; *see also* Doc. [1-1] at 1. Plaintiff and her business reside at the same address. The return envelope indicated that the mail could not be forwarded. Because a new address could not be verified, the mail was not re-sent.

Eastern District of Missouri Local Rule 2.06(B) requires every self-represented party to promptly notify the Clerk of Court of any change in address. The rule further provides that if "any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." E.D. Mo. L.R. 2.06(B).

More than thirty days have elapsed since Plaintiff's mail was returned as undeliverable. Plaintiff has not provided a new address for her business or submitted anything further to the Court. As such, the Plaintiff has ten (10) days to show cause as to why this case should not be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall show cause in writing within **ten (10) days** as to why this case should not be dismissed.

**IT IS FURTHER ORDERED** that Plaintiff's failure to timely comply with this Order shall result in the dismissal of this action, without prejudice and without further notice.

Dated this 6th day of February, 2024.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE